# CRIMINAL CAUSE FOR ARRAIGNMENT/REMOVAL HEARING

**BEFORE:** Anne Y. Shields, USMJ

**DATE:** 6/22/202<u>3</u>

**DOCKET #:** MJ-23-591-AYS     **CAPTION:** USA -v- Echeverria-Benitez

**DEFENDANT:** Matthew Schmitz     **COUNSEL:** Tracey Gaffey

__X__ Present    ____ Not Present    __X__ In custody    ____ Bail      ____ CJA    ____ Retained    __X__ Federal Defenders

**GOVERNMENT:** Matthew Skunick

**PRETRIAL Report Prepared by:** Andrew Berglind    __X__ present    ____ not present

**FTR:** 1:52-2:07                        **COURTROOM DEPUTY:** J.T.

__X__ Defendant arraigned. Defendant's initial appearance.

____ Waiver of Speedy Indictment executed: Time excluded from _____ to _____

____ Preliminary Hearing Scheduled for: _____ At _____ before _____

Pursuant to Rule 5 of the Federal Rules of Criminal Procedure:
(1) If the defendant is in custody, the Preliminary Hearing must be scheduled within ten (10) days of today's date
   (*Exclude* today's date, and any Saturdays, Sundays, or legal holidays in this computation)
(2) If the defendant is not in custody, the Preliminary Hearing must be scheduled within twenty (20) days of today's date (*Exclude* today's date, but include Saturdays, sundays, or legal holidays in this computation)

__X__ Identity Hearing Waived. Waiver of Rule 5 & 5.1 Hearings executed.

____ Commitment to Another District executed.

__X__ Order Setting Conditions of Release and Bond entered. Special conditions apply. See bond for details.

____ Temporary Order of Detention entered for defendant (s): _____

Pursuant to 18 U S C § 3142(f)(2), A temporary Order of Detention may be continued for up to:
(a) three (3) days upon the Government's motion; or
(b) five (5) days upon the Defendant's motion
(*Exclude* today's date and any Saturday, Sunday, or legal holiday in this computation)

____ Detention Hearing scheduled for: _____

____ Permanent Order of Detention entered for defendant.

____ Rule 40 Hearing held.

____ **APPLICATION AND ORDER OF EXCLUDABLE DELAY** executed. The defendant waives speedy indictment time from <u>6/22/23 through 7/11/23.</u>

____ Removal Hearing scheduled for: _____

____ Status Conference: **TO BE SCHEDULED IN THE**

____ Defendant remains in custody.

__X__ Defendant released on bond.

OTHER: Defendant to report to District of Columbia on July 11, 2023 at 1:00 PM.

e
p

-